# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BUNDI, | Case No. 2:19-cv-02049-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT STANLEY NORTON, ET AL., | |
| Defendants. | |

This matter is before the Court on the parties' Stipulation to Extend the Deadlines in the Scheduling Order (ECF No. 29), filed on October 30, 2020. The Court has reviewed the Stipulation and finds that it does not comply with LR 26-3. "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>." LR 26-3 (emphasis added). The parties failed to demonstrate that the filing of this Stipulation after the expiration of the deadline for initial expert disclosures, currently set for October 1, 2020, was the result of excusable neglect.

Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulation to Extend the Deadlines in the Scheduling Order (ECF No. 29) is **denied without prejudice**.

IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause and/or excusable neglect for the requested extension.

DATED: November 4, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE