JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Robert Stanley Norton,*
   *Imaginland and C-Level Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BUNDI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STANLEY NORTON, an individual; IMAGINLAND, a Wyoming corporation; C-LEVEL ENTERPRISES, INC.; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02049-KJD-DJA<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE MAY 2, 2022 HEARING SET BY ECF NO. 38**<br><br>Hearing Date: May 2, 2022<br><br>Hearing Time: 10:00a.m |

Pursuant to LR IA 6-1 and LR 7-1, Defendants, ROBERT STANLEY NORTON ("Norton"), IMAGINLAND ("Imaginland"), and C-LEVEL ENTERPRISES ("C-Level") by and through their counsel of record, Jason M. Wiley, Esq. of the law firm Wiley Petersen; and Plaintiff, DAVID BUNDI ("Bundi"), by and through his counsel of record, Sagar Raich, Esq. and Brian Schneider, Esq. of the law firm Raich Law PLLC (collectively, the "Parties") stipulate to reschedule the May 2, 2022, hearing set by ECF No. 38, Order Scheduling Settlement Conference to a later date.

The Parties stipulate to reschedule the Settlement Conference date due to Defendants potentially seeking new counsel and to allow for further informal settlement discussions. After conferring, the Parties respectfully request that the Court reschedule the Settlement Conference to June 15, 2022, or any date thereafter which the Court can accommodate. This is the first Stipulation to reschedule the Settlement Conference.

/ / /

**IT IS SO STIPULATED**.

DATED this 25th day of April, 2022.

**WILEY PETERSEN**

*/s/ Jason M. Wiley, Esq.*
_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
702.910.3329

*Attorneys for Defendants, Robert Stanley
 Norton, Imaginland, and C-Level Enterprises, Inc.*

DATED this 25th day of April, 2022.

**RAICH LAW PLLC**

*/s/ Sagar Raich, Esq.*
_____
SAGAR RAICH, ESQ.
Nevada Bar No. 13229
6785 South Eastern Avenue
Suite 5
Las Vegas, Nevada 89119
702.758.4240

*Attorney for Plaintiff, David Bundi*

## ORDER

**IT IS ORDERED** that the Settlement Conference currently scheduled for May 2, 2022 is VACATED and RESET to **Wednesday, June 22, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the written settlement statements must be submitted by Noon on Wednesday, June 15, 2022.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 38) shall remain in effect.

DATED:  April 28, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE