JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Robert Stanley Norton,*
   *Imaginland and C-Level Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BUNDI, an individual;<br><br>                  Plaintiff,<br><br>v.<br><br>ROBERT STANLEY NORTON, an individual; IMAGINLAND, a Wyoming corporation; C-LEVEL ENTERPRISES, INC.; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>                  Defendants. | CASE NO.: 2:19-cv-02049-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE THE MASTER TRIAL CALENDAR SCHEDULING CONFERENCE AND TRIAL**<br><br>**[FIRST REQUEST]**<br><br>**Removal from the Eighth Judicial District Court in and for Clark County, Nevada**<br><br>**Case No. A-19-804306-C** |

Pursuant to LR IA 6-1 and LR 7-1, Defendants, ROBERT STANLEY NORTON ("Norton"), IMAGINLAND ("Imaginland"), and C-LEVEL ENTERPRISES ("C-Level")  by and through their counsel of record, Jason M. Wiley, Esq. of the law firm Wiley Petersen; and Plaintiff, DAVID BUNDI ("Bundi"), by and through his counsel of record, Sagar Raich, Esq. and Brian Schneider, Esq. of the law firm Raich Law PLLC (collectively, the "Parties") stipulate to reschedule the November 14, 2022, Master Trial Calendar Scheduling Conference ("MTSC") set by ECF No. 47, Minute Order in Chambers and to reschedule the December 5, 2022, Trial date set by ECF No. 36, Order Granting Joint Pretrial Order – Jury Trial to a later date.

The Parties stipulate to continue the MTSC and Trial date to allow for further informal settlement discussions. After conferring, the Parties respectfully request that the Court continue the

MTSC to June 15, 2023, and the Trial date to July 3, 2023, or any date thereafter which the Court can accommodate. This is the first Stipulation to continue the MTSC and Trial date.

**IT IS SO STIPULATED**.

DATED this 8th day of November, 2022.          DATED this 8th day of November, 2022.

**WILEY PETERSEN**                              **RAICH LAW PLLC**

*/s/ Jason M. Wiley, Esq.*                      */s/ Brian Schneider, Esq.*

JASON M. WILEY, ESQ.                            SAGAR RAICH, ESQ.
Nevada Bar No. 9274                             Nevada Bar No. 13229
RYAN S. PETERSEN, ESQ.                          BRIAN SCHNEIDER, ESQ.
Nevada Bar No. 10715                            Nevada Bar No. 15458
1050 Indigo Drive, Suite 200B                   6785 South Eastern Avenue, Suite 5
Las Vegas, Nevada 89145                         Las Vegas, Nevada 89119
702.910.3329                                    702.758.4240

*Attorneys for Defendants, Robert Stanley Norton, Imaginland, and C-Level Enterprises, Inc.*          *Attorney for Plaintiff, David Bundi*

## ORDER

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the Master Trial Calendar Scheduling Conference is hereby CONTINUED to the 20th day of June, 2023 at 10:00 a.m.

IT IS HEREBY FURTHER ORDERED that the Trial date is hereby CONTINUED to the 10th day of July, 2023 at 10:00 a.m. in courtroom 4A.

Dated: 11/9/2022

_____
UNITED STATES DISTRICT JUDGE

2