JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Robert Stanley Norton,
Imaginland and C-Level Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BUNDI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STANLEY NORTON, an individual; IMAGINLAND, a Wyoming corporation; C-LEVEL ENTERPRISES, INC.; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02049-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE THE MASTER TRIAL CALENDAR SCHEDULING CONFERENCE AND TRIAL**<br><br>**[SECOND REQUEST]**<br><br>**Removal from the Eighth Judicial District Court in and for Clark County, Nevada**<br><br>**Case No. A-19-804306-C** |

Pursuant to LR IA 6-1 and LR 7-1, Defendants, ROBERT STANLEY NORTON ("Norton"), IMAGINLAND ("Imaginland"), and C-LEVEL ENTERPRISES ("C-Level") by and through their counsel of record, Jason M. Wiley, Esq. of the law firm Wiley Petersen; and Plaintiff, DAVID BUNDI ("Bundi"), by and through his counsel of record, Sagar Raich, Esq. and Brian Schneider, Esq. of the law firm Raich Law PLLC (collectively, the "Parties") stipulate to reschedule the June 20, 2023, Master Trial Calendar Scheduling Conference ("MTSC") and the July 10, 2023 Trial date, both set by ECF No. 48, Stipulation and Order to Continue the Master Trial Calendar Scheduling Conference and Trial [First Request] to a later date.

The Parties stipulate to continue the MTSC and Trial date to allow for further informal settlement discussions. After conferring, the Parties respectfully request that the Court continue the

1

the Trial date to January 8, 2023 or any date thereafter which the Court can accommodate. This is the second Stipulation to continue the MTSC and Trial date.

**IT IS SO STIPULATED**.

DATED this 14th day of June, 2023.

**WILEY PETERSEN**

*/s/ Jason M. Wiley, Esq.*
_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
702.910.3329

*Attorneys for Defendants, Robert Stanley Norton, Imaginland, and C-Level Enterprises, Inc.*

DATED this 14th day of June, 2023.

**RAICH LAW PLLC**

*/s/ Brian Schneider, Esq.*
_____
SAGAR RAICH, ESQ.
Nevada Bar No. 13229
BRIAN SCHNEIDER, ESQ.
Nevada Bar No. 15458
6785 South Eastern Avenue, Suite 5
Las Vegas, Nevada 89119
702.758.4240

*Attorney for Plaintiff, David Bundi*

## ORDER

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the Master Trial Calendar Scheduling Conference is hereby VACATED.

IT IS HEREBY FURTHER ORDERED that the Trial date is hereby CONTINUED to the 8th day of January, 2024 at 9:00 a.m. and Calendar Call is continued to 2nd day of January, 2024 at the hour of 9:30 a.m. in courtroom 4A.

6/14/2023

_____
UNITED STATES DISTRICT JUDGE

2