JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Robert Stanley Norton,
    Imaginland and C-Level Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BUNDI, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STANLEY NORTON, an individual; IMAGINLAND, a Wyoming corporation; C-LEVEL ENTERPRISES, INC.; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02049-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONSENT TO A NONJURY TRIAL**<br><br>**Removal from the Eighth Judicial District Court in and for Clark County, Nevada**<br><br>**Case No. A-19-804306-C** |

Pursuant to Fed.R.Civ.P. 39(a), Defendants, ROBERT STANLEY NORTON ("Norton"), IMAGINLAND ("Imaginland"), and C-LEVEL ENTERPRISES ("C-Level") by and through their counsel of record, Jason M. Wiley, Esq. of the law firm Wiley Petersen; and Plaintiff, DAVID BUNDI ("Bundi"), by and through his counsel of record, Sagar Raich, Esq. and Brian Schneider, Esq. of the law firm Raich Law PLLC (collectively, the "Parties") stipulate to have all claims and causes of action alleged decided by a nonjury trial (i.e. a bench trial).

//
//
//
//
//

**IT IS SO STIPULATED**.

DATED this 3rd day of January, 2024.

**WILEY PETERSEN**

/s/ Jason M. Wiley, Esq.
_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135
702.910.3329

*Attorneys for Defendants Robert Stanley Norton, Imaginland, and C-Level Enterprises, Inc.*

DATED this 3rd day of January, 2024.

**RAICH LAW PLLC**

/s/ Brian Schneider, Esq.
_____
SAGAR RAICH, ESQ.
Nevada Bar No. 13229
BRIAN SCHNEIDER, ESQ.
Nevada Bar No. 15458
6785 South Eastern Avenue, Suite 5
Las Vegas, Nevada 89119
702.758.4240

*Attorney for Plaintiff David Bundi*

## ORDER

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that trial in this matter shall be a nonjury trial pursuant to the parties' stipulation;

IT IS HEREBY FURTHER ORDERED that the nonjury/bench trial is hereby scheduled for the 22nd day of January, 2024 at the hour of 9:00 a.m. in courtroom 4A. Calendar Call is set for 16th day of January, 2024 at the hour of 9:30 a.m. in courtroom 4A.

Dated: 1/04/2024

_____
UNITED STATES DISTRICT COURT JUDGE