UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BUNDI,<br><br>                              Plaintiff,<br><br>   v.<br><br>ROBERT STANLEY NORTON, et al.,<br><br>                             Defendants. | Case No. 2:19-cv-02049-KJD-NJK<br><br>**ORDER – Vacating Trial** |

    Presently before the Court is the parties' Notice of Settlement (#59). The parties assert they have reached a resolution in the current matter and are requesting the trial currently set for January 22, 2024, be vacated. Accordingly, **IT IS HEREBY ORDERED** that the trial set for January 22, 2024, is **VACATED**. Furthermore, the parties have thirty (30) days to file a stipulation seeking dismissal of this action, or a status hearing will be scheduled.

Dated this 19th day of January 2024.

Kent J. Dawson
United States District Judge