JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
rpetersen@wileypetersenlaw.com

*Attorneys for Robert Stanley Norton,*
*Imaginland and C-Level Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BUNDI, an individual; | CASE NO.: 2:19-cv-02049-KJD-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ROBERT STANLEY NORTON, an individual; IMAGINLAND, a Wyoming corporation; C-LEVEL ENTERPRISES, INC.; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff David Bundi and Defendants Robert Stanley Norton, Imaginland, and C-Level Enterprises, Inc. (together, Plaintiff and Defendants "the Parties"), by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

/ / /

IT IS HEREBY FURTHER STIPULATED that each of the Parties shall bear their own attorneys' fees, costs, and expenses.

DATED this 20th day of February, 2024.

**WILEY PETERSEN**

/s/ Jason M. Wiley, Esq.

_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135
702.910.3329

*Attorneys for Defendants Robert Stanley Norton, Imaginland, and C-Level Enterprises, Inc.*

DATED this 20th day of February, 2024.

**RAICH LAW PLLC**

/s/ Sagar Raich, Esq.

_____
SAGAR RAICH, ESQ.
Nevada Bar No. 13229
BRIAN SCHNEIDER, ESQ.
Nevada Bar No. 15458
6785 South Eastern Avenue, Suite 5
Las Vegas, Nevada 89119
702.758.4240

*Attorney for Plaintiff David Bundi*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____02/20/2024_____